**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 22, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00026-CV

### FORMOSA MANAGEMENT, LLC, Appellant

### V.

### TRINA WACASEY, Appellee

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30881**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed December 11, 2012. On August 14, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.